No. 103. REYNOLDS *v.* ROYAL MAIL LINES, LTD., ET AL. C. A. 9th Cir. Certiorari denied. *Ben Margolis* for petitioner.

No. 106. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* SWITCHMEN'S UNION OF NORTH AMERICA ET AL. C. A. 9th Cir. Certiorari denied. *Clifton Hildebrand* for petitioners. *Clifford D. O'Brien* for respondents.

No. 107. CARPENTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Stuart A. Culbertson* and *Thomas N. Griggs* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Robert S. Green* for the United States.

No. 108. DOANE AGRICULTURAL SERVICE, INC., *v.* COLEMAN. C. A. 6th Cir. Certiorari denied. *Emmett W. Braden* and *Walter P. Armstrong, Jr.* for petitioner. *Lee Winchester, Sr.* for respondent.

No. 109. REDDING PINE MILLS, INC., ET AL. *v.* STATE BOARD OF EQUALIZATION OF CALIFORNIA ET AL. District Court of Appeal of California, Third Appellate District. Certiorari denied. *Laurence J. Kennedy* for petitioners. *Edmund G. Brown,* Attorney General of California, and *James E. Sabine* and *Irving H. Perluss,* Assistant Attorneys General, for respondents.

No. 111. POND *v.* GENERAL ELECTRIC Co. C. A. 9th Cir. Certiorari denied. *Joseph F. Rank* for petitioner. *E. Avery Crary* for respondent.